IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ANTWAND NORWOOD,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION NO. 09-0204-CG-C** |
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION NO. 06-0176-CG** |
| | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 23, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this 8th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE