IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTWAND NORWOOD, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION NO. 09-0204-CG-C |
| UNITED STATES OF AMERICA, | : CRIMINAL ACTION NO. 06-0176-CG |
| Respondent. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, be **DENIED**. Petitioner is not entitled to a certificate of appealability.

**DONE** this 8th day of January, 2010.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE