AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>ANTWAND NORWOOD<br>Date of Original Judgment: 04-08-2008<br>Date of Previous Amended Judgment: 08-20-2012<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>) Case No: 06-00176-013<br>) USM No: 09558-003<br>)<br>) Pro Se<br>)  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

Antwand Norwood is not eligible for a sentence reduction under Amendment 782. At the original sentencing, Norwood was determined to be a career offender; however, his guidelines were not driven by the career offender guidelines, because the drug guideline range produced a higher sentence. On August 20, 2012, the defendant's guidelines were recalculated under the Fair Sentencing Act of 2010. At that time, Norwood's total offense level and subsequent guideline calculations were driven by the career offender guidelines, not the drug guidelines. As a result, the defendant is not eligible for an additional reduction, as his guideline range would remain unchanged.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 13, 2015

Callie V.S. Granade
U.S. District Judge

*Digitally signed by Callie V.S. Granade U.S. District Judge*
*DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US*
*Date: 2015.04.13 13:36:22 -06'00'*

*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*